UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

HIGH INTENSITY CORP.,

      Plaintiff,

- against -

TWO'S COMPANY, INC., BOBBIE
GOTTLIEB, and THOMAS GOTTLIEB,

      Defendants.

------------------------------------------------------- X

ORDER

10 Civ. 0362 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

At plaintiff's request, the motion for a temporary restraining order and a preliminary injunction is hereby withdrawn without prejudice.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             January 21, 2010

1

## - Appearances -

### For Plaintiff:

L. Donald Prutzman, Esq.
Joel A. Klarreich, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

### For Defendants:

Peter Berger, Esq.
Jonathan Berger, Esq.
11 Broadway, Suite 615
New York, New York 10004
(212) 486-7272